**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Robert Wyatt Contracting, LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN)    **82-1413471** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**3575 Lone Star Circle, Suite 201**<br>**Fort Worth, TX 76177**<br>Number, Street, City, State & ZIP Code<br><br>**Tarrant**<br>County | **Mailing address, if different from principal place of business**<br><br>**550 Reserve St., Ste. 190, PMB #111**<br>**Southlake, TX 76092**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Robert Wyatt Contracting, LLC**                                         Case number (*if known*) _____
          _____
          Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____**2389**_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor   **Robert Wyatt Contracting, LLC**                                    Case number (*if known*) _____
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____
    Contact name   _____
    Phone   _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

Debtor   **Robert Wyatt Contracting, LLC**                                Case number (*if known*)
         Name

☐ $50,001 - $100,000          ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Robert Wyatt Contracting, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  1, 2024**
MM / DD / YYYY

**X** **/s/ Robert Pfeil**        **Robert Pfeil**
Signature of authorized representative of debtor      Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ H. Joseph Acosta**       Date **March  1, 2024**
Signature of attorney for debtor      MM / DD / YYYY

**H. Joseph Acosta**
Printed name

**Dorsey & Whitney LLP**
Firm name

**200 Crescent Court**
**Suite 1600**
**Dallas, TX 75201**
Number, Street, City, State & ZIP Code

Contact phone   **(214) 981-9970**     Email address   **acosta.joseph@dorsey.com**

**24006731 TX**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Robert Wyatt Contracting, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Blue Cross Blue Shield 1001 E. Lookout Drive Richardson, TX 75082** | **888-706-0583** | **Premiums** | | | | **$9,606.90** |
| **Caterpillar Credit Card P.O. Box 735838 Dallas, TX 75373** | **877-373-9510** | **Repairs** | | | | **$115,705.82** |
| **Cokinos Young 1221 Lamar Street 16th Floor Houston, TX 77010** | | **Legal services** | | | | **$19,831.00** |
| **Fidelity Investments 131 Dearborn 6th Floor Chicago, IL 60603** | | **Employee Benefits (Employer Matching)** | | | | **$8,516.35** |
| **Fidelity Investments 131 S. Dearborn 6th Floor Chicago, IL 60603** | | **Employee Benefits (401k)** | | | | **$9,792.00** |
| **Flora Surveying Associates 12863 George Washington Memorial Highway Glenns, VA 23149** | | **Services** | | | | **$14,090.00** |
| **Frontier Tank Lines, Inc. 6850 TPC Drive Suite 200 McKinney, TX 75070** | | **Fuel** | | | | **$57,356.40** |
| **Fuelman PO Box 1239 Covington, LA 70434** | **800-877-0800** | **Fuel** | | | | **$7,229.06** |

| Debtor | **Robert Wyatt Contracting, LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Holt Cat P.O. Box 207916 San Antonio, TX 78220** | **972-721-2820** | **Rentals/parts** | | | | **$717,807.59** |
| **IPFS Corporation P.O. Box 412086 Kansas City, MO 64141** | **800-247-6129** | **Insurance premium** | | | | **$33,840.37** |
| **JTC Heavy Haul, LLC 9611 CR 528 Burleson, TX 76028** | **817-229-5432** | **Services** | | | | **$11,650.00** |
| **KSM Exchange LLC P.O. Box 270360 Oklahoma City, OK 73137** | **405-495-7820** | **Parts** | | | | **$60,397.32** |
| **Niece Equipment LP PO Box 277 Buda, TX 78610** | **512-252-3808** | **Rental/parts** | | | | **$14,289.00** |
| **Pfeil Holding Corp. 7800 Dallas Parkway Suite 310 Plano, TX 75024** | | **Loans** | | | | **$641,476.06** |
| **ROMCO Equiment Co. P.O. Box 736957 Dallas, TX 75373-6957** | **214-817-4100** | **Parts** | | | | **$14,697.14** |
| **Southern Tire Mart 800 Highway 989 Columbia, MS 39429** | **601-424-3273** | **Parts** | | | | **$24,367.93** |
| **Spooner Construction Services LLC 309 Byers Street #100 Euless, TX 76039** | **817-685-8448** | **Services** | | | | **$16,424.12** |
| **Stuart Hose & Pipe Company 701 Riverside Drive Fort Worth, TX 76111** | **817-332-5297** | **Parts** | | | | **$8,163.05** |
| **Texas Department of Transportation P.O. Box 149001 Austin, TX 78714** | | **Repairs** | | | | **$129,976.21** |
| **TKO Equipment P.O. Box 153389 Irving, TX 75015** | **972-263-4356** | **Repairs** | | | | **$5,329.09** |

## United States Bankruptcy Court
### Northern District of Texas

In re   **Robert Wyatt Contracting, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert Pfeil**<br>**550 Reserve St., STE190, PMB #111**<br>**Southlake, TX 76062** |  | **100%** |  |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March  1, 2024**

Signature   **/s/ Robert Pfeil**

**Robert Pfeil**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                           §
                                                 §
    **Robert Wyatt Contracting, LLC**        §        Case No.:
                                                 §
                                                 §
                                                 §
                             Debtor(s)           §
                                                 §

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■     is the first mail matrix in this case.

☐     adds entities not listed on previously filed mailing list(s).

☐     changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐     deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:   **March  1, 2024**           **/s/ Robert Pfeil**
                                                **Robert Pfeil**/**President**
                                                Signer/Title

Date:   **March  1, 2024**           **/s/ H. Joseph Acosta**
                                                Signature of Attorney
                                                **H. Joseph Acosta**
                                                  **Dorsey & Whitney LLP**
                                                  **200 Crescent Court**
                                                  **Suite 1600**
                                                  **Dallas, TX 75201**
                                                  **(214) 981-9970   Fax: (214) 853-5887**

                                                  **82-1413471**
                                                  Debtor's Social Security/Tax ID No.

                                                  Joint Debtor's Social Security/Tax ID No.

1st Source Bank
PO Box 783
Wilmington, DE 19850-5298


Ally
P.O. Box 380902
Minneapolis, MN 55438


Ashton Dallas Residential, LLC
1800 Valley View Lane, Suite 100
Dallas, TX 75234


Balboa Capital
9987 Carver Road
Suite 110
Cincinnati, OH 45242


Blue Cross Blue Shield
1001 E. Lookout Drive
Richardson, TX 75082


BMO Bank, NA
P.O. Box 7167
Pasadena, CA 91109


Cat Finance
P.O. Box 730681
Dallas, TX 75373


Caterpillar Credit Card
P.O. Box 735838
Dallas, TX 75373


Chase Bank
P.O. Box 15298
Wilmington, DE 19850

Chrysler Credit
P.O. Box 660335
Dallas, TX 75266


Circle B Engineered Solutions
1015 Champions Drive
Suite 100
Aledo, TX 76008


Cokinos Young
1221 Lamar Street
16th Floor
Houston, TX 77010


David Pfeil
6801 Glendenn Lane
Plano, TX 75024


Dorsey & Whitney LLP
Attn: Jet Willis
200 Crescent Court
Suite 200
Dallas, TX 75201


Dorsey & Whitney LLP
c/o H. Joseph Acosta
200 Crescent Court
Suite 200
Dallas, TX 75201


Equify Financial LLC
777 Main Street
Suite 3900
Fort Worth, TX 76102


Fidelity Investments
131 S. Dearborn
6th Floor
Chicago, IL 60603


First Citizens Bank & Trust Company
10201 Centurion Parkway N.
#100
Jacksonville, FL 32256

First National Bank of Granbury
P.O. Box 400
Fort Worth, TX 76102


Flora Surveying Associates
12863 George Washington
Memorial Highway
Glenns, VA 23149


Ford Motor Credit
P.O. Box 681507
Franklin, TN 37068-1507


Frontier Tank Lines, Inc.
6850 TPC Drive
Suite 200
McKinney, TX 75070


Fuelman
PO Box 1239
Covington, LA 70434


Holt Cat
P.O. Box 207916
San Antonio, TX 78220


Home Trust
P.O. Box 2211
Cornelius, NC 28031


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


IPFS Corporation
P.O. Box 412086
Kansas City, MO 64141

J.W. Faircloth & Son
P.O. Box 789
Hillsborough, NC 27278


John Deere Financial Services
P.O. Box 6600
Johnston, IA 50131-6600


JTC Heavy Haul, LLC
9611 CR 528
Burleson, TX 76028


Komatsu Financial
P.O. Box 99303
Chicago, IL 60693


KSM Exchange LLC
P.O. Box 270360
Oklahoma City, OK 73137


LCA Bank Corporation
3150 Livernois Road
Suite 300
Troy, MI 48083


Leaf
P.O. Box 5066
Hartford, CT 06102-5066


Midland Equipment Finance
P.O. Box 24245
Seattle, WA 98124


Mindy Lefevre
12261 Madison Lane
Justin, TX 76247

Niece Equipment LP
PO Box 277
Buda, TX 78610


Office of the United States Attorney
3rd Floor, 1100 Commerce Street
Dallas, TX 75242


Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1699


Pfeil Holding Corp.
7800 Dallas Parkway
Suite 310
Plano, TX 75024


Quality Equipment Finance
9830 Bauer Drive
Indianapolis, IN 46280


RDO Equipment
P.O. Box 7160
Fargo, ND 58106


Risland Mantua Point Phase 2 LLC
5600 Tennyson Parkway, Suite 230
Plano, TX 75024


Risland Proper 221 LLC
1430 Beverly Drive
Prosper, TX 75078


Robert Pfeil
550 Reserve St.
STE 190
PMB #111
Southlake, TX 76092

ROMCO Equiment Co.
P.O. Box 736957
Dallas, TX 75373-6957


Sitech-Texas
3206 South W.W. White
San Antonio, TX 78222


Southern Tire Mart
800 Highway 989
Columbia, MS 39429


Spooner Construction Services LLC
309 Byers Street
#100
Euless, TX 76039


Stuart Hose & Pipe Company
701 Riverside Drive
Fort Worth, TX 76111


Texas Attorney General's Office
Attn: Bankruptcy-Collections Division
P.O. Box 12548
Austin, TX 78711


Texas Department of Transportation
P.O. Box 149001
Austin, TX 78714


Texas Motor Speedway LLC
Attn: Arlene Berends
3575 Lone Star Circle, Suite 419
Fort Worth, TX 76177


Texas Workforce Commission
TEC Building-Bankruptcy
101 East 15th Street
Austin, TX 78778

```
TKO Equipment
P.O. Box 153389
Irving, TX 75015


TX Commission of Environmental Quality
P.O. Box 13087
Austin, TX 78711


Well Fargo Finance
600 South 4th Street
Minneapolis, MN 55415
```