**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-40747-ELM |
| **Robert Wyatt Contracting LLC** | § | |
|     Debtor | § | |
| | § | CHAPTER NO. 11 |
| | § | |

**REQUEST FOR NOTICE PURSUANT TO
BANKRUPTCY RULES 2002 AND 9010**

Please take notice that QL Titling Trust LTD/Quality Leasing Co., Inc. hereby gives notice pursuant to Bankruptcy Rules 2002 and 9010 that the law firm of J. Ward Holliday & Associates, P.C. requests that it be sent copies of all:

1. Notices given or required to be given in the case; and

2. Pleadings and correspondence served or required to be served in this case, regarding

QL Titling Trust LTD/Quality Leasing Co., Inc., Case Number - 24-40747-ELM should be directed to the law firm of J. Ward Holliday & Associates, P.C. at the following address:

    **J. Ward Holliday & Associates, P.C.
    5930 Royal Lane, Suite 279
    Dallas, Texas 75230**
    Re: QL Titling Trust LTD/Quality Leasing Co., Inc.
    JWH&A File No.: 108527

    This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 9007, and 9010 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimiles transmission, e-mail, or otherwise which effects or seeks to effect the above case.

                          Respectfully submitted,

                          /s/ J. Ward Holliday
                          J. Ward Holliday
                          J. Ward Holliday & Associates, P.C.
                          5930 Royal Lane, Suite 279
                          Dallas, Texas 75230
                          Phone: (214)747-2727

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Request for Notice was forwarded to all parties of interest as listed below or attached hereto via First Class U.S. Mail; postage prepaid on this the 22nd day of March 2024.

**Debtor's Attorney**
Joseph Acosta
200 Crescent Court, Suite 1600
Dallas, Texas 75201

**Trustee**
Robert Wyatt Contracting LLC
550 Reserve St., Ste. 190 PMB #111
Southlake, Texas 76092

**U.S. Trustee**
Office of the U.S. Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242-1496


/s/ J. Ward Holliday
J. Ward Holliday