**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **CASE NO. 24-40747-11-ELM** |
| **ROBERT WYATT CONTRACTING, LLC,** [1] | § | |
| | § | **CHAPTER 11 CASE** |
| | § | |
| Debtor. | § | |
| | § | |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES**
**ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

**Introduction**

Robert Wyatt Contracting, LLC, the above-captioned debtor and debtor-in-possession (the "**Debtor**") with the assistance of its advisors, have filed its respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Northern District of Texas (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtor's reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtor and its officers, employees, agents, attorneys, and/or other advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules

---

[1]      The Debtor's federal identification number is: 82-1413471.

and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtor and its officers, employees, agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtor, on behalf of itself, its officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of the Debtor. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtor's other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("**Claim**") description, designation, or the entity against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtor's chapter 11 case, including, without limitation, issues involving Claims, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtor of any obligation between a Debtor and another entity is a statement of what appears in the Debtor's books and records and does not reflect any admission or conclusion of the Debtor regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2.      **Description of Cases and "as of" Information Date**. On March 1, 2024 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor is operating its business and managing its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtor as of the Petition Date, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtor as of the Petition Date.**

3.      **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuation for all of its assets. Accordingly, unless otherwise indicated, the Debtor's Schedules and Statements attempt to reflect net book values as of the Petition Date, in the Debtor's books and records. Additionally, because the book values of certain assets, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4.      **Recharacterization**. Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtor's business. Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5.      **Real Property and Personal Property–Leased/Financed**. In the ordinary course of its business, the Debtor leased and/or financed various articles of personal property, including equipment, from certain third-party lessors/financing companies. The Debtor has made reasonable efforts to list all such leases or financing arrangements in the Schedules and Statements. The Debtor has made reasonable efforts to include finance obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease or contract (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6.      **Excluded Assets and Liabilities**. The Debtor has sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves all of its rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument

related to any creditor's Claim.

The Debtor has excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtor to pay, in its discretion, certain outstanding Claims on a post-petition basis. Prepetition liabilities which have been paid post-petition have been excluded from the Schedules and Statements. To the extent the Debtor pays any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtor reserves all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

7.    **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtor defines "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtor; (d) non-debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtor). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8.    **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain  intellectual  property shall not be construed to  be  an  admission  that  such  intellectual  property  rights  have  not  been abandoned, terminated, assigned, expired by their terms,  or  otherwise transferred pursuant to a sale, acquisition, or other transaction.

9.    **Executory Contracts and Unexpired Leases**. Although the Debtor made diligent attempts to categorize executory contracts and unexpired leases, in certain instances, the Debtor may have inadvertently failed to do so due to the complexity and size of the Debtor's business and shortage of back-office personnel.

Moreover, the Debtor has not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtor's estates. The Debtor's executory contracts and unexpired leases have been set forth in Schedule G.

10.    **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

11.    **Classifications**. Listing a Claim or contract on (a) Schedule D  as  "secured,"  (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as  "unsecured,"  or  (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the Claimant, or a waiver of the Debtor's right to recharacterize or reclassify such Claims or contracts or leases or to exercise its rights to setoff against such Claims.

12.    **Claims Description**. Schedules D and E/F permit the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the

Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

13.    **Causes of Action**. Despite its reasonable effort to identify all known assets,  the Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets  or  avoid transfers. The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit,  obligation, liability,  damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated  or  unliquidated, disputed or  undisputed,  secured  or unsecured, assertable directly or derivatively,  whether  arising before, on,  or after the Petition Date, in contract or in tort, in law, or in equity,  or pursuant to any other  theory of law (collectively, "**Causes of Action**") they may have,  and  neither  these  Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

14.    **Summary of Significant Reporting Policies**. The following  is  a  summary  of significant reporting policies:

a.    Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

b.    Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c.    Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15.    **Estimates and Assumptions**. Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of the Debtor's assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

16.    **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17.    **Setoffs**. The Debtor incurs certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtor and its suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the

Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statements.

18.    **Resident Names and Addresses**. Resident names and addresses have been removed from the entries listed on the Schedules and Statements and have been replaced with reference to a unique resident number. Such redacted information is available upon request of the Office of the United States Trustee and the Bankruptcy Court. The Debtor will mail any required notice or other documents to the responsible parties' that have been designated by the residents for making medical, legal, and financial decisions.

19.    **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

### Specific Disclosures with Respect to the Debtor's Schedules

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of the Debtor's assets as of the Petition Date, unless otherwise noted below. The Debtor has not included leases and contracts on Schedule A/B as assets. Leases and contracts are listed on Schedule G.

**Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of the Petition Date. Details with respect to the Debtor's cash management system and bank accounts are provided in the *Debtor's Emergency Motion for Entry of Interim and Final Orders (i) Authorizing the Debtor to Continue to (A) Operate its Cash Management System and Maintain Existing Bank Accounts and (B) Maintaining Existing Business Forms; and (II) Granting Related Relief* [Docket No. 3] (the "**Cash Management Motion**").

**Schedule A/B 6.**   Prepayments listed on Schedule A/B 6 include estimates of unused retainers paid to professionals hired by the Debtor prior to the Petition Date.

**Schedule A/B 11**. Accounts receivable do not include any intercompany receivables, which, to the Debtor's knowledge, there are none. Older accounts receivables, which may be subject to a collection suit by the Debtor, are not included in Schedule A/B 11a.

**Schedule A/B 47.1.**   Vehicles, automobiles and trailers are included in the list of Miscellaneous equipment attached as Schedule 50.1 to Schedule A/B.

**Schedule A/B 55**. The Debtor has not listed a real property lease that was terminated consensually, pursuant to a settlement agreement with the landlord, in Schedule A/B 55.

**Schedule A/B 74 & 75**. The Debtor has included litigation pending as of the Petition Date in which the Debtor has asserted Claims as a plaintiff.  Additionally, in the ordinary course of its business, the Debtor may have accrued, or may subsequently accrue, certain rights to Claims, setoffs, refunds, or warranty Claims, which have not yet been asserted in formal litigation due to a variety of reasons, including the opportunity to work out a settlement.  Because such un-asserted Claims are not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 and 75. The Debtor's failure to list any contingent and/or unliquidated Claims held by the Debtor in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such Claim.

**Schedule D**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly

burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtor of the legal rights of the Claimant or a waiver of the Debtor's rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtor has not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 2**. The Debtor has used reasonable efforts to report all general unsecured Claims against the Debtor on Schedule E/F part 2, based upon the Debtor's books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtor. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtor's liabilities with respect to any of the potential suits and proceedings included therein. The Debtor expressly incorporates by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtor's Statements 7, as contingent, unliquidated, and  disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtor's reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease, was in effect on the Petition Date, or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers,

duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtor expressly reserves its rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents. Further, unless otherwise specified  on  Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtor may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**.  For purposes of Schedule H, the guarantors under the prepetition debt facility or finance agreements with the Debtor are listed on Schedule H.  The Debtor may not have identified certain guarantees associated with the Debtor's executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of its business, the Debtor may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtor has treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H.  Litigation matters, pending as of the Petition Date, can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

### Specific Disclosures with Respect to the Debtor's Statements

**Statement 1**.  Statement 1 includes 2024's gross operating income from January 1, 2024 through the Petition Date.

**Statement 2**.  Non-business revenue included in Statement 2 is primarily attributable to the net proceeds from the sale of assets after paying any secured debt related to such assets.  For year 2024, non-income includes net proceeds received from January 1, 2024 through the Petition Date.

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtor within 90 days before the Petition Date except for those made to insiders (which

payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy or other professionals). The amounts listed in Statement 3 reflect the Debtor's disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**. Statement 4 accounts for transfers to insiders as applicable. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), and/or expense reimbursement. Amounts paid on behalf of such employee for certain insurance coverage, which coverage is provided to all of the Debtor's employees, has not been included.

**Statement 5**. Statement 5 excludes goods returned in the ordinary course of business.

**Statement 7**. Any information contained in Statement 7 shall not be a binding representation of the Debtor's liabilities with respect to any of the suits and proceedings identified therein. In addition, the Debtor has not reported all pending and closed employee related actions within in one year of the Petition Date in Statement 7.

**Statement 10**. The Debtor occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtor, however, may not have records of all such losses if such losses do not have a material impact on the Debtor's business or are not reported for insurance purposes.

**Statement 13.1**.  Statement 13.1 includes the sale of financed equipment that the Debtor sold within 2 years of the Petition Date.  Since approximately 2022, the Debtor is regularly engaged in the sale of its financed equipment, in the ordinary course of business.  Whenever the Debtor sells a piece of equipment, it immediately pays off the secured debt owing for such equipment.

**Statement 26d**. The Debtor has provided financial statements in the ordinary course of its business to various financial institutions, creditors, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtor's knowledge or consent or subject to confidentiality agreements, the Debtor has not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.  The Debtor will supplement its response, as necessary.

**Statement 30**.  Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtor has included a comprehensive response to Statement 30 in Statement 4.

**Fill in this information to identify the case:**

Debtor name __**Robert Wyatt Contracting, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number (if known) __**24-40747-11-ELM**__

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $     **11,885,395.99**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $     **11,885,395.99**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **11,815,556.63**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$     **8,598,604.70**

4. **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b     $     **20,414,161.33**

**Fill in this information to identify the case:**

Debtor name     **Robert Wyatt Contracting, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **24-40747-11-ELM**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **JP Morgan Chase Bank** | **Checking Account** | **2313** | **$381,785.54** |
| 3.2. | **JP Morgan Chase Bank** | **Savings Account** | **2150** | **$4,012.12** |
| 3.3. | **First National Bank of Granbury** | **Checking Account** | | **$997.00** |
| 3.4. | **First National Bank of Granbury** | **Savings Account** | | **$100.41** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | **$386,895.07** |
   | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes Fill in the information below.

Debtor    **Robert Wyatt Contracting, LLC**                                   Case number *(If known)*  **24-40747-11-ELM**
_____
Name

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

    7.1.  **Retainer - Dorsey & Whitney LLP**                                                 $23,000.00

    7.2.  **Retainer - Grey Reed**                                                            $10,000.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                    $33,000.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10.  **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **1,046,887.92**   -   **0.00**   = ....    **$1,046,887.92**
                            face amount             doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                    $1,046,887.92
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13.  **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| Debtor | **Robert Wyatt Contracting, LLC** | | Case number *(If known)* | **24-40747-11-ELM** |
|---|---|---|---|---|
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Printer, laptops, miscellaneous** | **Unknown** | **Comparable sale** | **$10,000.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| **$10,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Vehicles, trucks, trailers (See Exhibit A to Schedules A/B)** | **Unknown** | | **$0.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Survey equipment** | **Unknown** | **Liquidation** | **$165,000.00** |
| **Micellaneous equipment (See Schedule 50.1 attached)** | **$0.00** | **Liquidation** | **$9,868,613.00** |

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

|  |
|---|
| **$10,033,613.00** |

| Debtor | **Robert Wyatt Contracting, LLC** | | Case number *(If known)*  **24-40747-11-ELM** |
|---|---|---|---|
| | Name | | |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
  ■ No
  ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

  ■ No.  Go to Part 10.
  ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ■ No.  Go to Part 11.
  ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No.  Go to Part 12.
  ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **NOLs**                        Tax year **2023** | **Unknown** |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Cause of Action Against D.R. Horton** | **$375,000.00** |
| | Nature of claim        **Breach of Contract** | |
| | Amount requested             **$375,000.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| Debtor | **Robert Wyatt Contracting, LLC** | Case number *(If known)* | **24-40747-11-ELM** |
|---|---|---|---|
| | Name | | |

78.   **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$375,000.00** |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

| Debtor | **Robert Wyatt Contracting, LLC** | Case number *(If known)* | **24-40747-11-ELM** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $386,895.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $33,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,046,887.92 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,033,613.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $375,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,885,395.99 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,885,395.99 |

## SCHEDULE 50.1 to BANKRUPTCY SCHEDULES A/B

| Unit No. | Type | Make | Model | S/N | Year | Equipment Value |
|---|---|---|---|---|---|---|
| 1102 | Haul Tractor | Peterbilt | 367 | 1XPTP4TX3FD255234 | 2015 | $100,000 |
| 1104 | Dump Truck | Caterpillar | CT660S | 1H5JGTKT8CJ629959 / TPK00217 | 2012 | $60,000 |
| 1106 | Haul Tractor | Peterbilt | 389 | 1XPXD40X4CD133864 | 2012 | $65,000 |
| 1301 | Water Truck | Peterbilt | 348 | 2NP3LJ0X1JM473667 | 2018 | $120,000 |
| 1401 | Service Truck | Chevrolet | Silverado 6500HD | 1HTKJPVM3LH175295 | 2020 | $95,000 |
| 1403 | Service Truck | Dodge | 5500 | 3C7WRNBL9NG233269 | 2022 | $95,000 |
| 2101 | Equipment Trailer | Brazos Trailers | 55T RGN | 4B9BKLT31KH054556 | 2019 | $55,000 |
| 2102 | Equipment Trailer | Trail King | TKSA80 | 1TKA0532XLM113166 | 2020 | $55,000 |
| 2104 | Equipment Trailer | XL Specialized | XL24FA | 4U3S00513KL018168 | 2019 | $8,000 |
| 2106 | Equipment Trailer | PJ Trailer | Pintle Hitch Trailer | 4P5PL3028L1322690 | 2020 | $12,000 |
| 2202 | Fuel Trailer | Thunder Creek | Fuel trailer MTT460 | 56ZL1UC27HP000557 | 2018 | $7,000 |
| 2203 | Utility Trailer | Double A | 8318T - 16ft bumper pull | 1UFBU1822LT004511 | 2020 | $3,500 |
| 2204 | InTech Trailer | InTech | 24ft Enclosed bumper pull | 7H0TT2422JN000384 | | $15,000 |
| 2301 | Water Tower | Valew | 12000 | WT12K21051 | 2021 | $45,000 |
| AT01 | 45T ADT | Caterpillar | 745C | CAT0745CKTFK00447 | 2015 | $160,000 |
| AT02 | 45T ADT | Caterpillar | 745C | CAT0745CETFK01351 | 2016 | $160,000 |
| AT03 | 45T ADT | Caterpillar | 745C | TFK00256 | 2015 | $160,000 |
| AT04 | 40T ADT | John Deere | 410E | 1DW410ETKJF691926 | 2019 | $150,000 |
| AT05 | 40T ADT | John Deere | 410E | 1DW410ETEHF683751 | 2018 | $150,000 |
| AT06 | 45T ADT | Caterpillar | 745C | TFK00836 | 2015 | $160,000 |
| AT07 | 45T ADT | Caterpillar | 745C | CAT0745CETFK01352 | 2016 | $160,000 |
| AT08 | 45T ADT | Caterpillar | 745C | CAT0745CPTFK01452 | 2016 | $160,000 |
| CP01 | Smooth Drum Roller | Caterpillar | CS56B | CATCS56BCS5600510 | 2017 | $70,000 |
| DZ02 | Dozer- LGP VPAT | Caterpillar | D6XE | CAT000D6JHMH00463 | 2020 | $240,000 |
| DZ04 | Dozer - XL SU | Caterpillar | D8R | 6YZ01898 | 2004 | $80,000 |
| DZ05 | Dozer- LGP VPAT | Caterpillar | D6XE | CAT000D6EHMH00469 | 2020 | $240,000 |
| DZ06 | Dozer- LGP | Caterpillar | D6XE | CAT000D6AB7200326 | 2020 | $240,000 |
| DZ07 | Dozer- LGP-S | Caterpillar | D6T | CAT00D6TAJML00534 | 2018 | $100,000 |
| DZ08 | Dozer- LGPVPAT | John Deere | 950K | 1T0950KPHKF347483 | | $400,000 |
| DZ09 | Dozer - LGP VPAT | Caterpillar | D6T | CAT00D6TAMH700736 | 2018 | $210,613 |
| DZ14 | Dozer - LGP | Caterpillar | D6 | KMT00311 | 2019 | $240,000 |
| DZ15 | Dozer - LGP | Caterpillar | D4K2 | KR202432 | 2017 | $100,000 |
| DZ16 | Dozer | Caterpillar | D6T XW | RCW01120 | 2012 | $85,000 |
| DZ20 | Dozer | Komatsu | D71 | 70566 | 2022 | $320,000 |
| DZ21 | Dozer | Caterpillar | D8T | MLN01579 | 2017 | $335,000 |
| DZ22 | Dozer- XLSU | Caterpillar | D8T | KPZ01496 | 2007 | $160,000 |
| EX01 | Excavator- Mini | Caterpillar | 309 | GG900306 | 2019 | $95,000 |
| EX03 | Excavator | Caterpillar | 330 | LHW01166 | 2019 | $185,000 |
| EX05 | Excavator | Caterpillar | 374DL | CAT0374DCPAP00301 | 2013 | $120,000 |
| EX07 | Excavator | Caterpillar | 349FL | CAT0349FCHPD20451 | 2018 | $150,000 |
| EX08 | Excavator | Komatsu | 650LC | KMTPC233EFC065342 | 2015 | $200,000 |
| EX09 | Excavator | Caterpillar | 349FL TC | CAT0349FPHPD21028 | 2019 | $150,000 |
| EX10 | Excavator | Caterpillar | 352F | CAT0352FPA9J10015 | 2017 | $120,000 |
| EX12 | Excavator | Caterpillar | 395 | CAT00395CWGA00246 | 2021 | $750,000 |
| EX14 | Excavator | Komatsu | PC800 | KMTPC186K02065082 | 2015 | $380,000 |
| EX16 | Excavator | Komatsu | PC490 | A41577 | 2019 | $150,000 |
| EX17 | Excavator | Caterpillar | 390DL | WBT00151 | 2011 | $180,000 |
| EX19 | Excavator | Komatsu | PC650 | 65385 | 2016 | $200,000 |
| FL01 | Forklift | Caterpillar | ET4000 | ETB1450676 | | $1,000 |
| MG01 | Motor Grader- 4WD | Caterpillar | 140M3 | N9D00145 | 2014 | $140,000 |
| MG02 | Motor Grader- 4WD | Caterpillar | 14M | R9J00280 | 2011 | $150,000 |
| P09 | Pickup | Chevrolet | 1500 | 1GCUYDED9NZ167876 | 2022 | $35,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| P13 | Pickup | Chevrolet | 3500 | 1CG4YSEY3NF188683 | 2022 | $42,500 |
| P17 | Pickup | Chevrolet | 2500 | 1GC4YME74NF256377 | 2022 | $42,500 |
| P20 | Pickup | Chevrolet | 2500 | 1GC4YPEY5LF126518 | 2020 | $33,000 |
| P22 | Pickup | Ford | F250 | 1FT7W2BT9KEE73448 | 2019 | $33,000 |
| P23 | Pickup | Ford | F250 Lariat (Grey) w/Sun Roof | 1FT7W2BTXLEE19156 | 2020 | $33,000 |
| P24 | Pickup | Ford | F250 XLT | 1FT7W2BT6LED35884 | 2020 | $33,000 |
| P25 | Pickup | Ford | F250 Lariat | 1FT7W2BT6LEC22503 | 2020 | $33,000 |
| Pete1 | Haul Tractor | Peterbilt | 367 | 1NPTXBEX48D740755 | 2007 | $65,000 |
| Pete2 | Haul Tractor | Peterbilt | 367 | 1NPTXBEX29D780950 | 2008 | $65,000 |
| SC04 | Scraper | K-Tec | 1233 Scraper Pan | KS2626 | 2015 | $100,000 |
| SC05 | Scraper | K-Tec | 1233 Scraper Pan | KS2273 | 2013 | $100,000 |
| SC06 | Scraper | K-Tec | 1233 Scraper Pan | KS2625 | 2015 | $100,000 |
| SS01 | CTL- 14k# | Bobcat | T870 | B47C12273 | 2018 | $35,000 |
| SS02 | CTL- 14k# | Bobcat | T870 | B47C13987 | | $35,000 |
| SS03 | CTL- | Bobcat | T62 | B4SF11898 | 2021 | $30,000 |
| SS04 | CTL - | Bobcat | T62 | B4SF11899 | 2021 | $30,000 |
| SS05 | CTL | Bobcat | T62 | B4SF11668 | 2021 | $30,000 |
| TR02 | Tractor | John Deere | 9570R | 1RW9570RCME067425 | | $250,000 |
| TR03 | Tractor | John Deere | 9570R | 1RW9570RKME067079 | | $250,000 |
| WL01 | Wheel Loader- 5CY | Caterpillar | 950M | J1S03417 | 2020 | $250,000 |
| WT02 | 5-6k gal ADT WW | Caterpillar | 725C WW | TFB00333 | 2014 | $200,000 |
| WT04 | 9k gal ADT WW | Komatsu | HM400 | KM17399 / 10516 | | $250,000 |
| | Saikoron LLC Drone | | | | | $1,500 |
| | 2300 gal Fuel Tank | | | 71047 | | $2,500 |
| | 2300 gal Fuel Tank | | | 71046 | | $2,500 |
| | | | | | | $9,868,613 |

**Fill in this information to identify the case:**

Debtor name        **Robert Wyatt Contracting, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **24-40747-11-ELM**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **1st Source Bank**<br>Creditor's Name<br><br>**PO Box 783**<br>**Wilmington, DE 19850-5298**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**CAT Dozer D6T XW, CAT Dozer D8T** | **$414,500.00** | **$420,000.00** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6550**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2**   **Ally**<br>Creditor's Name<br><br>**P.O. Box 380902**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Chevrolet Pickup 1500, Chevrolet Pickup 3500, Chevrolet Pickup 2500** | **$123,706.00** | **$120,000.00** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0118**

**Do multiple creditors have an interest in the same property?**

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Robert Wyatt Contracting, LLC** | Case number (if known) | **24-40747-11-ELM** |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.3 | **Balboa Capital** | Describe debtor's property that is subject to a lien | $200,000.00 | $95,000.00 |
|---|---|---|---|---|

Creditor's Name

**9987 Carver Road
Suite 110
Cincinnati, OH 45242**

Creditor's mailing address

**Dodge 5500 Service Truck**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.4 | **BMO Bank** | Describe debtor's property that is subject to a lien | $443,000.00 | $240,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 7167
Pasadena, CA 91109**

Creditor's mailing address

**CAT Dozer-LGP D6**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
0892**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.5 | **Cat Finance** | Describe debtor's property that is subject to a lien | $627,564.00 | $640,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 730681
Dallas, TX 75373**

Creditor's mailing address

**(4) CAT 745C 45T ADT**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

---

| Debtor | **Robert Wyatt Contracting, LLC** | Case number (if known) | **24-40747-11-ELM** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6970,9122**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Chrysler Credit** | Describe debtor's property that is subject to a lien | $59,520.00 | $33,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Chevrolet Pickup 2500** | | |

**P.O. Box 660335**
**Dallas, TX 75266**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3681**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Equify Financial LLC** | Describe debtor's property that is subject to a lien | $3,865,000.00 | $2,320,613.00 |
|---|---|---|---|---|
| | Creditor's Name | **CAT 745C 45T ADT, CAT 745C 45T ADT, CAT D6XE Dozer-LGP, CAT D6T Dozer-, LGP-S, CAT D6T Dozer-LGPVPAT, CAT D8T Dozer-XLSU D8T,(6) CAT Excavators,** | | |

**777 Main Street**
**Suite 3900**
**Fort Worth, TX 76102**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| Debtor | **Robert Wyatt Contracting, LLC** | | Case number (if known) | **24-40747-11-ELM** |
|---|---|---|---|---|
| | Name | | | |

| 2.8 | **First Citizens Bank & Trust Company** | Describe debtor's property that is subject to a lien | $180,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**10201 Centurion Parkway N.**
**#100**
**Jacksonville, FL 32256**

Creditor's mailing address

**CAT 14M Motor Grader**

Creditor's email address, if known

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1548**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **First National Bank of Granbury** | Describe debtor's property that is subject to a lien | $233,742.00 | $240,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 400**
**Fort Worth, TX 76102**

Creditor's mailing address

**CAT D6XE Dozer-LGP VPAT**

Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7672**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **First National Bank of Granbury** | Describe debtor's property that is subject to a lien | $1,000,352.57 | Unknown |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 400**
**Granbury, TX 76048**

Creditor's mailing address

**Various pieces of equipment**

Creditor's email address, if known

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

---

| Debtor | **Robert Wyatt Contracting, LLC** | | Case number *(if known)* | **24-40747-11-ELM** |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7672**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $254,137.00 | $132,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 681507**
**Franklin, TN 37068-1507**
Creditor's mailing address

(4) Ford F250 Trucks

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3572**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Home Trust Bank** | Describe debtor's property that is subject to a lien | $245,872.00 | $200,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 2211**
**Cornelius, NC 28031**
Creditor's mailing address

(2) Scraper K-Tec, 1233 Scraper Pan

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **John Deere Financial Services** | Describe debtor's property that is subject to a lien | $1,314,655.00 | $80,000.00 |
|---|---|---|---|---|

| Debtor | **Robert Wyatt Contracting, LLC** | | Case number (if known) | **24-40747-11-ELM** |
|---|---|---|---|---|
| | Name | | | |

| | (2) John Deere 410E 40T ADT, (2) John Deere 9570R Tractors |
|---|---|
| Creditor's Name | |
| **P.O. Box 6600** **Johnston, IA 50131-6600** | |
| Creditor's mailing address | **Describe the lien** |
| | **Purchase Money Security** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** **5260** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 4 | **Komatsu Financial** | Describe debtor's property that is subject to a lien | $1,298,276.00 | $1,180,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Excavator Komatsu PC800, Excavator Komatsu PC490, Excavator Komatsu 650LC, 9k gal ADT WW Komatsu HM400** | | |
| | **P.O. Box 99303** **Chicago, IL 60693** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Purchase Money Security** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | | ■ No | | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** **5059** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.1 5 | **LCA Bank Corporation** | Describe debtor's property that is subject to a lien | $160,000.00 | $100,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Scraper K-Tec 1233 Scraper Pan** | | |
| | **3150 Livernois Road** **Suite 300** **Troy, MI 48083** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Purchase Money Security** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | | ☐ No | | |
| | **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Debtor | **Robert Wyatt Contracting, LLC** | Case number (if known) | **24-40747-11-ELM** |
|---|---|---|---|
| | Name | | |

**9001**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 6 | **Leaf Financial** | Describe debtor's property that is subject to a lien | $141,864.00 | $100,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 5066**
**Hartford, CT 06102-5066**

Creditor's mailing address

**CAT D4K2 Dozer-LGP**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1001**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 7 | **Midland Equipment Finance** | Describe debtor's property that is subject to a lien | $275,000.00 | $245,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 24245**
**Seattle, WA 98124**

Creditor's mailing address

**Water Tower Valew 12000, 5-6k gal ADT WW**
**Caterpillar 725C WW**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9177**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 8 | **Pfeil Holding Corp.** | Describe debtor's property that is subject to a lien | $641,476.06 | Unknown |
|---|---|---|---|---|

---

| Debtor | **Robert Wyatt Contracting, LLC** | Case number (if known) | **24-40747-11-ELM** |
|---|---|---|---|
| | Name | | |

**7800 Dallas Parkway
Suite 310
Plano, TX 75024**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Blanket lien on inventory, equipment,
tangible and intangible property, etc.**

Describe the lien

**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 9 | **Quality Equipment Finance** | Describe debtor's property that is subject to a lien | **$85,500.00** | **$80,000.00** |
|---|---|---|---|---|

Creditor's Name

**9830 Bauer Drive
Indianapolis, IN 46280**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Caterpillar Dozer - XL SU D8R**

Describe the lien

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 0 | **Well Fargo Vendor
Financial Services LLC** | Describe debtor's property that is subject to a lien | **$251,392.00** | **$270,000.00** |
|---|---|---|---|---|

Creditor's Name

**600 South 4th Street
Minneapolis, MN 55415**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Bobcat T62, Bobcat T62, Bobcat T62, CAT
390DL Excavator**

Describe the lien

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Debtor | **Robert Wyatt Contracting, LLC** | Case number (if known) | **24-40747-11-ELM** |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  | **$11,815,556.63**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __**Robert Wyatt Contracting, LLC**__

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) __**24-40747-11-ELM**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Blue Cross Blue Shield**<br>**1001 E. Lookout Drive**<br>**Richardson, TX 75082**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __4974__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Premiums__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $9,606.90 |
| **3.2** Nonpriority creditor's name and mailing address<br>**Caterpillar Credit Card**<br>**P.O. Box 735838**<br>**Dallas, TX 75373**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __3226__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Repairs__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $115,705.82 |
| **3.3** Nonpriority creditor's name and mailing address<br>**Chase Bank**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Credit card__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $95,000.00 |
| **3.4** Nonpriority creditor's name and mailing address<br>**Circle B Engineered Solutions**<br>**1015 Champions Drive**<br>**Suite 100**<br>**Aledo, TX 76008**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,500.00 |

| Debtor | **Robert Wyatt Contracting, LLC** | Case number (if known) | **24-40747-11-ELM** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,831.00** |
|---|---|---|---|

**Cokinos Young**
**1221 Lamar Street**
**16th Floor**
**Houston, TX 77010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Legal services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,526,605.34** |
|---|---|---|---|

**David Pfeil**
**6801 Glendenn Lane**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Loans__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,792.00** |
|---|---|---|---|

**Fidelity Investments**
**131 S. Dearborn**
**6th Floor**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Employee Benefits (401k)__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,516.35** |
|---|---|---|---|

**Fidelity Investments**
**131 Dearborn**
**6th Floor**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Employee Benefits (Employer Matching)__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**Fidelity Investments**
**131 S. Dearborn**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Employee Benefits (401k fees)__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,090.00** |
|---|---|---|---|

**Flora Surveying Associates**
**12863 George Washington**
**Memorial Highway**
**Glenns, VA 23149**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,356.40** |
|---|---|---|---|

**Frontier Tank Lines, Inc.**
**6850 TPC Drive**
**Suite 200**
**McKinney, TX 75070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Fuel__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Robert Wyatt Contracting, LLC** | Case number (if known) | **24-40747-11-ELM** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,229.06 |
|---|---|---|---|

**Fuelman**
**PO Box 1239**
**Covington, LA 70434**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Fuel__

**Last 4 digits of account number  0928**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $717,807.59 |
|---|---|---|---|

**Holt Cat**
**P.O. Box 207916**
**San Antonio, TX 78220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rentals/parts__

**Last 4 digits of account number  4880**

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,840.37 |
|---|---|---|---|

**IPFS Corporation**
**P.O. Box 412086**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Insurance premium__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,684.00 |
|---|---|---|---|

**J.W. Faircloth & Son**
**P.O. Box 789**
**Hillsborough, NC 27278**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Materials__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,650.00 |
|---|---|---|---|

**JTC Heavy Haul, LLC**
**9611 CR 528**
**Burleson, TX 76028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,397.32 |
|---|---|---|---|

**KSM Exchange LLC**
**P.O. Box 270360**
**Oklahoma City, OK 73137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Parts__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,668,748.11 |
|---|---|---|---|

**Mindy Lefevre**
**12261 Madison Lane**
**Justin, TX 76247**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Loans__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Robert Wyatt Contracting, LLC** | Case number (if known) | **24-40747-11-ELM** |
|---|---|---|---|
| | Name | | |

---

**3.19**

**Nonpriority creditor's name and mailing address**

**Niece Equipment LP**
**PO Box 277**
**Buda, TX 78610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental/parts**

Is the claim subject to offset? ■ No ☐ Yes

**$14,289.00**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**RDO Equipment**
**P.O. Box 7160**
**Fargo, ND 58106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset? ■ No ☐ Yes

**$703.63**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Robert Pfeil**
**550 Reserve St.**
**STE 190**
**PMB #111**
**Southlake, TX 76092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans**

Is the claim subject to offset? ■ No ☐ Yes

**$2,019,940.30**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**ROMCO Equiment Co.**
**P.O. Box 736957**
**Dallas, TX 75373-6957**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset? ■ No ☐ Yes

**$14,697.14**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**Sitech-Texas**
**3206 South W.W. White**
**San Antonio, TX 78222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset? ■ No ☐ Yes

**$453.97**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Southern Tire Mart**
**800 Highway 989**
**Columbia, MS 39429**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset? ■ No ☐ Yes

**$24,367.93**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Spooner Construction Services LLC**
**309 Byers Street**
**#100**
**Euless, TX 76039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$16,424.12**

---

| Debtor | **Robert Wyatt Contracting, LLC** | | Case number (if known) | **24-40747-11-ELM** |
|---|---|---|---|---|
| | Name | | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,163.05** |
|---|---|---|---|
| | **Stuart Hose & Pipe Company**<br>**701 Riverside Drive**<br>**Fort Worth, TX 76111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Parts _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$129,976.21** |
|---|---|---|---|
| | **Texas Department of Transportation**<br>**P.O. Box 149001**<br>**Austin, TX 78714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Repairs _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,329.09** |
|---|---|---|---|
| | **TKO Equipment**<br>**P.O. Box 153389**<br>**Irving, TX 75015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Repairs _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 8,598,604.70 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 8,598,604.70 |

**Fill in this information to identify the case:**

Debtor name    **Robert Wyatt Contracting, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **24-40747-11-ELM**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Construction Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ashton Dallas Residential, LLC**<br>**1800 Valley View Lane, Suite 100**<br>**Dallas, TX 75234** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Construction Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Risland Mantua Point Phase 2 LLC**<br>**5600 Tennyson Parkway, Suite 230**<br>**Plano, TX 75024** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Construction Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Risland Proper 221 LLC**<br>**1430 Beverly Drive**<br>**Prosper, TX 75078** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Compromise Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Texas Motor Speedway LLC**<br>**Attn: Arlene Berends**<br>**3575 Lone Star Circle, Suite 419**<br>**Fort Worth, TX 76177** |

| Fill in this information to identify the case: |
|---|
| Debtor name    **Robert Wyatt Contracting, LLC** |
| United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS |
| Case number (if known)    **24-40747-11-ELM** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Robert Pfeil** | **550 Reserve St., Ste. 190 PMB #111 Southlake, TX 76062 Guaranty** | **Cat Finance** | ■ D   **2.5** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Robert Pfeil** | **550 Reserve St., Ste. 190 PMB #111 Southlake, TX 76062** | **First National Bank of Granbury** | ■ D   **2.9** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Robert Pfeil** | **550 Reserve St., Ste. 190 PMB #111 Southlake, TX 76062** | **First Citizens Bank & Trust Company** | ■ D   **2.8** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Robert Pfeil** | **550 Reserve St., Ste. 190 PMB #111 Southlake, TX 76062** | **Equify Financial LLC** | ■ D   **2.7** <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Robert Wyatt Contracting, LLC** | Case number *(if known)* | **24-40747-11-ELM** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.5 | **Robert Pfeil** | **550 Reserve St., Ste. 190**<br>**PMB #111**<br>**Southlake, TX 76062** | **1st Source Bank** | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **Robert Pfeil** | **550 Reserve St., Ste. 190**<br>**PMB #111**<br>**Southlake, TX 76062** | **LCA Bank Corporation** | ■ D ___**2.15**___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Robert Pfeil** | **550 Reserve St., Ste. 190**<br>**PMB #111**<br>**Southlake, TX 76062** | **Midland Equipment Finance** | ■ D ___**2.17**___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Robert Pfeil** | **550 Reserve St., Ste. 190**<br>**PMB #111**<br>**Southlake, TX 76062** | **Quality Equipment Finance** | ■ D ___**2.19**___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Robert Pfeil** | **550 Reserve St., Ste. 190**<br>**PMB #111**<br>**Southlake, TX 76062** | **Well Fargo Vendor Financial Services LLC** | ■ D ___**2.20**___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name        **Robert Wyatt Contracting, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **24-40747-11-ELM**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  5, 2024**            X **/s/ Robert Pfeil**
                                                Signature of individual signing on behalf of debtor

                                                **Robert Pfeil**
                                                Printed name

                                                **President**
                                                Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**