

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed April 22, 2024

_____
**United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| In re: § § **ROBERT WYATT CONTRACTING, LLC,**[1] § §     Debtor. § § § | **CASE NO. 24-40747-11-ELM** **CHAPTER 11 CASE** |

## ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO REINSTATE BANKRUPTCY CASE

CAME ON FOR CONSIDERATION the Emergency Motion to Reinstate Bankruptcy Case (the "**Motion**"), filed by Robert Wyatt Contracting, the above-captioned debtor (the "**Debtor**"). Upon consideration of the Motion, the Court finds that there are sufficient grounds to grant the Motion. It is therefore:

ORDERED, ADJUDGED AND DECREED that:

1. The Motion is granted.

---

[1] The Debtor's federal identification number is: 82-1413471.

2. The Order Dismissing Case [Docket No. 65] be and is hereby VACATED and this case is reinstated to the Court's active docket.

3. The Debtor shall immediately file its Declaration of Electronic Filing following the entry of this Order.

####END OF ORDER####