UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Robert Wyatt Contracting, LLC § Case No.: 24–40747–elm11
§ Chapter No.: 11
Debtor(s) §

# NOTICE SETTING HEARING

    A WebEx Hearing has been set in the U.S. Bankruptcy Court for **June 18, 2024** at **01:30 PM** before the Honorable Edward L. Morris at https://us–courts.webex.com/meet/morris to consider

Stipulation by Robert Wyatt Contracting, LLC and 1st Source Bank (Doc 90)

Meeting link:

https://uscourts.webex.com/meet/morris
Meeting Number: 23094453213

Join by phone:

16504793207 Callin number (US/Canada)
Access code: 2309 445 3213

DATED: June 10, 2024                    FOR THE COURT:
                                       Kevin McNatt, Clerk of Court

                                       by: /s/Karyn Rueter, Deputy Clerk