# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORTH WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case 24-40747 |
| | § | |
| ROBERT WYATT CONTRACTING LLC | § | |
| | § | |
| | § | |
| | § | |
| DEBTOR | § | Chapter 11 |

## WITHDRAWAL OF CLAIM

TO: CLERK OF THE COURT

The Texas Workforce Commission hereby withdraws its Proof of Claim No. 28-1 in the amount of $781.42, dated 05/29/2024, which was filed with the Court 05/29/2024 for Texas Workforce Commission Account No. XX-XXX385-0.

Respectfully submitted, this 17th day of September 2024.

By: /s/ Ramon Narvaez-Colon
Account Examiner
Texas Workforce Commission