**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORTH WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: § | | Case 24-40747 |
| § | | |
| **ROBERT WYATT CONTRACTING LLC** § | | |
| § | | |
| § | | |
| § | | |
| **DEBTOR** § | | Chapter 11 |

**WITHDRAWAL OF CLAIM**

TO:  CLERK OF THE COURT

The Texas Workforce Commission hereby withdraws its Proof of Claim No. 29-1 in the amount of $376.90, dated 05/29/2024, which was filed with the Court 05/29/2024 for Texas Workforce Commission Account No. XX-XXX385-0.

Respectfully submitted, this 17th day of September 2024.

 By:  /s/ Ramon Narvaez-Colon_____
  Account Examiner
  Texas Workforce Commission